January 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN SOUTHWEST HOSPITAL, Appellant

NO. 14-13-00120-CV                         V.

SYLVIA GALVAN, Appellee

_____

This cause, an appeal from the order in favor of appellee Sylvia Galvan signed, February 8, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** with instructions to the trial court (1) to dismiss appellee Sylvia Galvan's claims with prejudice under Texas Civil Practice and Remedies Code section 74.351(b), (2) to conduct further proceedings to determine the amount of reasonable attorney's fees to be awarded to appellant Memorial Hermann Hospital System d/b/a Memorial Hermann Southwest Hospital (hereinafter "the Hospital") under this statute, and (3) to award the Hospital reasonable attorney's fees and court costs incurred by the Hospital.  We further order that all costs incurred by reason of this appeal be paid by appellee Sylvia Galvan.  We further order this decision certified below for observance.